1

2

3                                                              JS - 6

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11   CHAE CHANG,                      )   Case No. CV 14-1974-DOC (SP)
                                       )
12              Petitioner,            )
                                       )
13         v.                          )         **JUDGMENT**
                                       )
14   SCOTT FRAUENHEIM,                 )
     Warden,                           )
15                                     )
                                       )
16              Respondent.            )
     _____

17

18        Pursuant to the Order Accepting Findings and Recommendation of United

     States Magistrate Judge,
19
          IT IS HEREBY ADJUDGED that the Petition is denied and this action is
20
     dismissed with prejudice.
21

22

     Dated: March 14, 2017
23
                                       _____
24
                                       HONORABLE DAVID O. CARTER
25                                     UNITED STATES DISTRICT JUDGE

26

27

28